**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

SARAH OLVERA, on her own behalf
and others similarly situated,

      Plaintiff,

v.                                          CASE NO. 2:10-CV-425-FtM-36DNF

FLORIDA ALUMINUM AND STEELE, INC.,
a Florida profit corporation,

      Defendant.
_____/

**ORDER**

      **THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas Frazier on October 27, 2011 (Dkt. 39), recommending that the Court grant the Joint Motion for Approval of Settlement Agreement, and Upon Court Approval, for Dismissal of the Action *with Prejudice* (Dkt. 38). The Magistrate Judge also recommends that the Court approve the Settlement Agreement and Full and Final Mutual Release of All Claims (Dkt. 38, Ex. A). Plaintiff filed a Notice of Non Objection to the Report and Recommendation on November 4, 2011 (Dkt. 40). Defendant did not file an objection to the Report and Recommendation, and the time to do so has expired.

      After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor

Standards Act.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 39) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) The Joint Motion for Approval of Settlement Agreement, and Upon Court Approval, for Dismissal of the Action *with Prejudice* (Dkt. 38) is **GRANTED**.  The Settlement Agreement and Full and Final Mutual Release of All Claims (Dkt. 38, Ex. A) is **APPROVED,** as it reflects a reasonable resolution of this case.

3) This case is **DISMISSED with prejudice**.

4) The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on November 14, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD